IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:03-CV-313-H(3)

FILED
MAY 2 2003
DAVID W. DANIEL, CLERK
US DISTRICT COURT EDNC
BY_____ DEP CLERK

| | |
|---|---|
| DBM SYSTEMS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **AFFIDAVIT OF SERVICE** |
| MUNIS, INC. and TYLER TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants. | ) |

James T. Johnson, being duly sworn, deposes and says that:

1. Copies of the Civil Summons and Complaint in the above-referenced action were deposited with the United States Postal Service in Raleigh, North Carolina for mailing by certified mail, return receipt requested, as follows:

    (a) MUNIS, INC.
    c/o Capital Corporate Services, Inc., Registered Agent
    900 Ridgefield Drive
    Suite 280
    Raleigh, North Carolina 28609

    (b) Any Officer, Director, or Managing Agent
    Tyler Technologies, Inc.
    5949 Sherry Lane
    Suite 1400
    Dallas, Texas 75225

2. Process was in fact received by the above-named defendant Munis Inc. on April 3, 2003, and by the above-named defendant Tyler Technologies, Inc. on April 7, 2003 as evidenced by the attached Return Receipts for Certified Mail.

This the 30th day of April, 2003.

                JAMES T. JOHNSON, P.A.

                By:_____
                James T. Johnson
                N.C. State Bar No: 19087
                *Attorney for Plaintiff*
                16 W. Martin Street, Suite 201
                Post Office Box 886
                Raleigh, North Carolina 27602
                Telephone: (919) 833-8133

Sworn to and subscribed before me
this the 30th day of April, 2003

_____
Notary Public

My commission expires:

12-26-06

[NOTARIAL STAMP OR SEAL]

## CERTIFICATE OF SERVICE

I, James T. Johnson, do hereby certify that the foregoing or attached document was served upon all parties of record by mailing a copy thereof to counsel of record at the address(es) indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 30th day of April, 2003.

JAMES T. JOHNSON, P.A.

By: _____
James T. Johnson
N.C. State Bar No: 19087
*Attorneys for Plaintiff*
16 W. Martin Street, Suite 201
Post Office Box 886
Raleigh, North Carolina 27602
Telephone: (919) 833-8133

SERVED:

E. Hardy Lewis, Esq.
Robert O. Jenkins, Esq.
Phillip R. Miller, III, Esq.
Blanchard, Jenkins, Miller & Lewis, P.A.
*Attorneys for Defendants*
116 North West St., Suite 200
Raleigh, North Carolina 27603

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: X *Smith* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): *Smith*  C. Date of Delivery: 04-07-03 |
| 1. Article Addressed to:<br>Any Officer, Director or Managing Agent<br>Tyler Technologies, Inc.<br>5949 Sherry Lane<br>Suite 1400<br>Dallas, TX 75225 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0000 5279 1958 |
| PS Form 3811, August 2001 | Domestic Return Receipt — 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: X *Jean R Cobb* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Jean Cobb  C. Date of Delivery: 4/3 |
| 1. Article Addressed to:<br>MUNIS, Inc<br>c/o Capital Corporate Services, Inc.<br>Registered Agent<br>700 Ridgefield Drive<br>Suite 280<br>Raleigh, NC 28609 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>[Postmark: RALEIGH, NC CREEKSIDE STA APR 3 2003]<br>3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| Article Number (Transfer from service) | 7002 3150 0000 5279 1941 |
| Form 3811, August 2001 | Domestic Return Receipt — 102595-02-M-1540 |