IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:03-CV-313-H(3)

FILED
SEP 05 2003

| | |
|---|---|
| DBM SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MUNIS, INC. and TYLER | ) |
| TECHNOLOGIES, INC. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

NOW COME, defendants by and through counsel of record and pursuant to Rules 6 and 33 of the Federal Rules of Civil Procedure, hereby moves the court for the entry of an order extending the time within which they may serve objections and responses to plaintiff's first set of interrogatories and first request for production of documents (hereinafter "discovery requests"), served upon them. In support of this motion, defendants respectfully show the court that they were served with a copy of the discovery requests on August 4, 2003, through the United States Postal Service, that the time for responding to the discovery requests has not expired and that defendants need additional time within which to formulate their responses to these discovery requests. Counsel for the defendants has discusssed this motion with counsel for the plaintiff and counsel for the plaintiff consents to this motion.

WHEREFORE, the defendants pray the court to extend the time within which to serve responses to the discovery requests for an additional thirty (30) days.

This the 5 day of September, 2003.

                                          BLANCHARD, JENKINS, MILLER
                                          &amp; LEWIS, P.A.

E. Hardy Lewis, N.C. Bar No. 18282
116 North West Street, Suite 200
Raleigh, North Carolina 27603
919.755.3993

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **Defendants' Motion for Extension of Time** in the above-entitled action upon all other parties to this cause by:

- [ ] Hand delivering a copy hereof to each said party or the attorney thereof;
- [ ] Transmitting a copy hereof to each said party via facsimile transmittal;
- [x] Depositing a copy hereof, postage pre-paid in the United States Mail, properly addressed to:

James T. Johnson
James T. Johnson, P.A.
Post Office Box 886
Raleigh NC 27602

This the 5 day of September, 2003.

E. HARDY LEWIS