IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:03-CV-313-H(3)

| | |
|---|---|
| DBM SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| MUNIS, INC. and TYLER ) | |
| TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. ) | |

For good cause shown, the defendants shall have until and including October 3, 2003 in which to respond to plaintiff's first set of interrogatories and first request for production of documents.

This 12th day of September, 2003.

Carol M. Morgan
Chief Deputy Clerk