IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:03-CV-313-H

| | |
|---|---|
| DBM SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MUNIS, INC. and TYLER TECHNOLOGIES, INC., | ) |
| Defendants. | ) |

This matter is before the court on the Plaintiff's Motion to Amend Complaint, filed December 1, 2003. Rule 15(a) of the Federal Rules of Civil Procedure states: "... a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." As such, for good cause shown and without opposition, the Plaintiff's motion is ALLOWED. Plaintiff is given 10 days from the date of this order within which to file and serve the Amended Complaint and the Defendants are given 20 days after service of the Amended Complaint within which to file answer or other responsive pleading.

This 21st day of January 2004.

DAVID W. DANIEL
United States Magistrate Judge

DWD/kt