IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:03-CV-313-H(3)

FILED
FEB 2 6 2004
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| DBM SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| MUNIS, INC. and TYLER TECHNOLOGIES, INC. | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

NOW COME, defendants by and through counsel of record and pursuant to Rules 6 and 33 of the Federal Rules of Civil Procedure, hereby moves the court for the entry of an order extending the time within which they may serve objections and responses to plaintiff's second set of interrogatories and request for production of documents (hereinafter "discovery requests"), served upon them. In support of this motion, defendants respectfully show the court that they were served with a copy of the discovery requests on 30 January 2004, through the United States Postal Service, that the time for responding to the discovery requests has not expired and that defendants need additional time within which to formulate their responses to these discovery requests. Counsel for the defendants has discussed this motion with counsel for the plaintiff and counsel for the plaintiff consents to this motion.

WHEREFORE, the defendants pray the court to extend the time within which to serve responses to the discovery requests for an additional twenty (20) days.

This the 26 day of February, 2004.

      BLANCHARD, JENKINS, MILLER
      & LEWIS, P.A.

      _____
      E. Hardy Lewis
      N.C. Bar No. 18282
      116 North West Street, Suite 200
      Raleigh, North Carolina 27603
      919.755.3993

      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **Defendants' Motion for Enlargement of Time** in the above-entitled action upon all other parties to this cause by:

[ ]  Hand delivering a copy hereof to each said party or the attorney thereof;

[ ]  Transmitting a copy hereof to each said party via facsimile transmittal;

[x]  Depositing a copy hereof, postage pre-paid in the United States Mail, properly addressed to:

James T. Johnson
James T. Johnson, P.A.
Pilot Mill Building
1101 Haynes Street, Suite 207
Raleigh NC 27605


This the 26 day of February, 2004.

E. HARDY LEWIS