IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:03-CV-313-H(3)

FILED

MAR 2 2004

US DISTRICT COURT, E.D.N.C.
BY _____ DEP. CLK.

DBM SYSTEMS, INC.,                    )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )
                                      )
MUNIS, INC. and TYLER                 )
TECHNOLOGIES, INC.                    )
                                      )
                    Defendants.       )

**ORDER**

For good cause shown, and pursuant to Rules 6 and 33 of the Federal Rules of Civil

Procedure, defendants' motion for an enlargement of time within which to respond to plaintiff's

second set of interrogatories and request for production of documents **allowed**.

Defendants are allowed an additional 20 days, through and including March, 20 2004

to serve their answers or otherwise respond.

This the 27th day of February , 2004.

**CAROL M. MORGAN, Acting Clerk**

Deputy Clerk, United States District Court