IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:03-CV-313-H(3)

| | |
|---|---|
| DBM SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JOINT MOTION TO AMEND** |
| v. ) | **AND EXTEND SCHEDULING ORDER** |
| ) | |
| MUNIS, INC. and TYLER ) | |
| TECHNOLOGIES, INC. ) | |
| Defendants. ) | |

FILED MAR 0 9 2004

Plaintiff and defendants, through counsel, respectfully move the Court for an order amending the 2 July 2003 scheduling order in this matter, so as to extend the deadlines for completion of discovery and for filing of dispositive motions for a period of forty four days, and in support of this motion state the following:

1. The original scheduling order entered in this matter on 2 July 2003 specified that all discovery be concluded by 1 April 2004, and that all potentially dispositive motions be filed by 3 May 2004.

2. The parties have conducted extensive written discovery, and depositions presently are ongoing.

3. Recently, the parties have begun preliminary discussions intended to gauge the likelihood of a possible settlement. Counsel for the parties have agreed that it may be productive to engage in a formal mediation of this matter, and have agreed upon a potential mediator. This mediator, however, is not available until mid-April.

4.  The parties intend to continue taking depositions of fact witnesses, but desire to postpone the depositions of experts, and to postpone the dispositive motions deadline, until after the mediation. Obviously, a successful mediation would render such events unnecessary.

5.  The 2 July 2003 scheduling order has not previously been amended, and has calendared the matter for trial on or after 7 September 2004.

WHEREFORE, the parties respectfully pray for an order amending the 2 July 2003 scheduling order in this matter to extend deadlines as follows:

1.  All discovery will be concluded by 14 May 2004.

2.  Pursuant to Local Civil Rule 7.1, E.D.N.C., all potentially dispositive motions will be filed by 14 June 2004.

Respectfully submitted, this the 9th day of March, 2004.

| JAMES T. JOHNSON, P.A. | BLANCHARD, JENKINS, MILLER & LEWIS, P.A. |
|---|---|
| *(signature)* | *(signature)* |
| James T. Johnson | E. Hardy Lewis |
| N.C. Bar No. 19087 | N. C. Bar No. 18282 |
| Post Office Box 886 | 116 North West Street, Suite 200 |
| Raleigh, North Carolina 27602 | Raleigh, North Carolina 27603 |
| 919.833.8133 | 919.755.3993 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:03-CV-313-H(3)

| | |
|---|---|
| DBM SYSTEMS, INC. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MUNIS, INC. and TYLER )<br>TECHNOLOGIES, INC., )<br>)<br>Defendants. ) | **ORDER ALLOWING ENLARGEMENT<br>OF TIME** |

THIS CAUSE being heard before the undersigned upon plaintiff DBM Systems, Inc.'s ("plaintiff") Motion for Enlargement of Time; and it appearing to the undersigned that this Motion is made for good cause and within the time allowed under the Federal Rules;

IT IS HEREBY ORDERED that plaintiff's Motion for Enlargement of Time should be and hereby is granted and that plaintiff has through and including April 15, 2004, to file an answer, response or objections to Defendants' Second Interrogatories and Requests for Production to Plaintiff.

This the ___ day of March, 2004.

_____
United States Clerk, District Court

4