IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:03-CV-313-H(3)

| | |
|---|---|
| DBM SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **MOTION FOR ENLARGEMENT** |
| ) | **OF TIME** |
| MUNIS, INC. and TYLER ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

Plaintiff DBM Systems, Inc. ("Plaintiff") by and through its undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 4 and 9, E.D.N.C, hereby moves the Court for an enlargement of time of an additional thirty (20) days through and including April 15, 2004, within which to serve an answer, response or objections to Defendants' Second Interrogatories and Requests for Production to Plaintiff.

In support of this Motion, plaintiff shows unto the Court that this Motion is made for good cause as follows:

1. Defendants' Second Interrogatories and Requests for Production to Plaintiff was served by hand delivery on February 27, 2004, and, therefore, this Motion is made before the expiration of the thirty (30) day period allowed under the Federal Rules of Civil Procedure.

2. Additional time is needed to investigate and properly respond to defendants' discovery requests.

3. The undersigned counsel has conferred with counsel for defendants and counsel for defendants does not oppose this Motion.

This the 11th day of March, 2004.

JAMES T. JOHNSON, P.A.

By: *(signature)*
James T. Johnson
N.C. State Bar No: 19087
*Attorneys for Plaintiff*
Post Office Box 886
Raleigh, North Carolina 27602
Telephone: (919) 833-8133

2

## CERTIFICATE OF SERVICE

I, James T. Johnson, do hereby certify that the foregoing Motion for Enlargement of Time was served upon all parties of record by mailing a copy thereof to their counsel of record at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 11th day of March, 2004.

JAMES T. JOHNSON, P.A.

By: _____
James T. Johnson
N.C. State Bar No: 19087
*Attorneys for Plaintiff*
Post Office Box 886
Raleigh, North Carolina 27602
Telephone: (919) 833-8133

**SERVED:**

E. Hardy Lewis, Esq.
Robert O. Jenkins, Esq.
Phillip R. Miller, III, Esq.
Blanchard, Jenkins, Miller & Lewis, P.A.
*Attorneys for Defendants*
116 North West St., Suite 200
Raleigh, North Carolina 27603

3