IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:03-CV-313-H(3)

FILED

MAR 1 8 2004

|  |  |  |
|---|---|---|
| DBM SYSTEMS, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ALLOWING ENLARGEMENT** |
| | ) | **OF TIME** |
| MUNIS, INC. and TYLER | ) | |
| TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

THIS CAUSE being heard before the undersigned upon plaintiff DBM Systems, Inc.'s ("plaintiff") Motion for Enlargement of Time; and it appearing to the undersigned that this Motion is made for good cause and within the time allowed under the Federal Rules;

IT IS HEREBY ORDERED that plaintiff's Motion for Enlargement of Time should be and hereby is granted and that plaintiff has through and including April 15, 2004, to file an answer, response or objections to Defendants' Second Interrogatories and Requests for Production to Plaintiff.

This the 15th day of March, 2004.

_____
Acting United States Clerk, District Court

4