IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:03-CV-313-H(2)

| | |
|---|---|
| DBM SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MUNIS, INC. and TYLER TECHNOLOGIES, INC., | ) |
| Defendants. | ) |

FILED MAR 2 5 2004

The parties have filed a joint motion requesting an extension of the original period of discovery established in the scheduling order entered on 2 July 2003. It appears to the court that good cause exists to extend the discovery deadline, and that the requested length of extension is reasonable. Accordingly, the 2 July 2003 Scheduling Order is amended as follows:

1. All discovery will be completed by 14 May 2004;

2. Pursuant to Local Civil Rule 7.1, E.D.N.C., all potentially disposition motions will be filed by 17 June 2004; and

3. The trial date is continued to Judge Howard's October 18, 2004 trial calendar.

This 22nd day of March 2004.

DAVID W. DANIEL
United States Magistrate Judge