IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


FILED
MAR 24 2004

5:03-CV-313-H(3)

| | |
|---|---|
| DBM SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF ADDRESS CHANGE** |
| ) | |
| MUNIS, INC. and TYLER ) | |
| TECHNOLOGIES, INC. ) | |
| ) | |
| Defendants. ) | |

Please take notice that effective April 2, 2004, the offices of Blanchard, Jenkins, Miller & Lewis, P.A. will relocate to:

**1117 Hillsborough Street**
**Raleigh, NC 27603**

The telephone and facsimile number will remain the same.

This the 19 day of March, 2004.

BLANCHARD, JENKINS, MILLER
& LEWIS, P.A.

_____
E. Hardy Lewis
116 North West Street, Suite 200
Raleigh, North Carolina 27603
Telephone: 919.755.3993
Facsimile: 919.755.3994

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **Notice of Address Change** in the above-entitled action upon all other parties to this cause by:

[ ]  Hand delivering a copy hereof to each said party or the attorney thereof;

[ ]  Transmitting a copy hereof to each said party via facsimile transmittal;

[x]  Depositing a copy hereof, postage pre-paid in the United States Mail, properly addressed to:

James T. Johnson
James T. Johnson, P.A.
Pilot Mill Building
1101 Haynes Street, Suite 207
Raleigh NC 27605

This the 24 day of March, 2004.

E. HARDY LEWIS