IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICE OF NORTH CAROLINA
WESTERN DIVISION

5:03-CV-313-H(3)

DBM SYSTEMS, INC., )
                                 )
    Plaintiff, )
                                 )
v. )   **STIPULATION OF DISMISSAL**
                                 )       **WITH PREJUDICE**
MUNIS, INC and TYLER TECHNOLOGIES, )
INC., )
                                 )
    Defendants. )

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, DBM Systems, Inc., Munis, Inc. and Tyler Technologies, Inc. do hereby stipulate that this action and any and all claims set forth therein are dismissed with prejudice with each party bearing his, her or its own costs.

This the 25 day of May, 2004.

_____
James T. Johnson, P.A.
N.C. State Bar No: 19087
*Attorney for Plaintiff*
P.O. Box 886
Raleigh, NC 27602
Telephone: (919) 833-8133

_____
E. Hardy Lewis, Esq.
Blanchard, Jenkins, Miller & Lewis, P.A.
*Attorneys for Defendants*
116 N. West Street
Suite 200
Raleigh, NC 27603